**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Keith Andrew Wolff and Wendy VonRecklinghausen | ) | Case No. 19-03618-dd |
| Walker Wolff, | ) | |
| | ) | |
| Debtors. | ) | |

## STATEMENT OF CHANGE

In accordance with SCLBR 1009-1, the Debtors hereby give notice of amendments to its schedules as follows:

Schedule D

Changed SPS as secured creditor on the 714 Myrtle Drive property to JP Morgan Chase Bank, NA; updated address and name for USAA to USAA, FSB, Home Equity Lending; and added additional notice for USAA to Nationstar Mortgage, LLC d/b/a Mr. Cooper.

Statement of Intention

Changed SPS as secured creditor on the 714 Myrtle Drive property to JP Morgan Chase Bank, NA;

RESPECTFULLY SUBMITTED on this the 8th day of August, 2019, in Murrells Inlet, South Carolina.

BARTON BRIMM, P.A.

By:  /s/ Christine E. Brimm
Christine E. Brimm, I.D. # 6313
Attorney for the Debtors
P. O. Box 2746
Murrells Inlet, SC 29576
(803) 256-6582
Email: cbrimm@bartonbrimm.com

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Keith Andrew Wolff
Debtor 2 (Spouse, if filing): Wendy VonRecklinghausen Walker Wolff

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): 19-03618

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim | Column B: Value of collateral that supports this claim | Column C: Unsecured portion |
|---|---|---|---|

**2.1** Bank of America
Creditor's Name: 1207 Highway 17 North
Myrtle Beach, SC 29575

Describe the property that secures the claim: 212 N. Dogwood Drive, Myrtle Beach, SC 29575 - $356,900.00

Column A: $73,358.53    Column B: $356,900.00    Column C: $0.00

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Date debt was incurred ___
Last 4 digits of account number ___

**2.2** Bank of America
Creditor's Name: 1207 Highway 17 North
Myrtle Beach, SC 29575

Describe the property that secures the claim: 652 4th Avenue North, Myrtle Beach, SC 29575 - $357,900.00 stay current

Column A: $246,372.16    Column B: $357,900.00    Column C: $0.00

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Date debt was incurred: 2003
Last 4 digits of account number: 2227

Add the dollar value of your entries in Column A on this page. Write that number here: **$319,730.69**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 4

AMENDED

Debtor 1  Keith Andrew Wolff
          First Name  Middle Name  Last Name

Case number (if known) 19-03618

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.3** JP Morgan Chase Bank, N.A.
Creditor's Name
1111 Polaris Parkway, Floor 4J
Number  Street
Columbus  OH  43240
City  State  ZIP Code

Describe the property that secures the claim: $ 86,918.00  $ 269,600.00  $ 0.00

714 Myrtle Drive North, Myrtle Beach, SC 29575 - $269,600.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number _____

**2.4** Northwest Mutual Whole Life
Creditor's Name
Number  Street
City  State  ZIP Code

Describe the property that secures the claim: $ 5,057.38  $ 24,535.79  $ 0.00

Northwest Mutual Whole Life (loan against, see Sch D) - $24,535.79

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Life insurance loan

Date debt was incurred _____
Last 4 digits of account number 5173

**2.5** Select Portfolio Services
Creditor's Name
P.O. Box 65250
Number  Street
Salt Lake City  UT  84165
City  State  ZIP Code

Describe the property that secures the claim: $ 86,918.91  $ 414,200.00  $ 0.00

1023 Plantation Court, Mount Pleasant, SC 29464 - $414,200.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 1996
Last 4 digits of account number 8417

Add the dollar value of your entries in Column A on this page. Write that number here: $ 178,894.29

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ _____

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 2 of 4

AMENDED

Debtor 1  Keith Andrew Wolff
         First Name  Middle Name  Last Name

Case number (if known) 19-03618

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.6** USAA, FSB, Home Equity Lending

Creditor's Name
10750 McDermott Freeway
Number  Street

San Antonio    TX   78288
City           State  ZIP Code

**Describe the property that secures the claim:** $ 90,874.68   $ 356,900.00   $ 0.00

212 N. Dogwood Drive, Myrtle Beach, SC 29575 - $356,900.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

Creditor's Name
Number  Street
City    State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:** $____ $____ $____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

Creditor's Name
Number  Street
City    State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:** $____ $____ $____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 90,874.68

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $ 589,499.66

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

AMENDED

| Debtor 1 | Keith | Andrew | Wolff | | Case number (if known) 19-03618 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Nationstar Mortgage, LLC d/b/a Mr. Cooper
Name
Attn: Bankruptcy Department
Street
P.O. box 619096
Dallas    TX    75261-9741
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.6
Last 4 digits of account number   7655

Official Form 106D    Part 2 of Schedule D: Creditors Who Have Claims Secured by Property    page 4 of 4

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Keith Andrew Wolff
Debtor 2 (Spouse, if filing): Wendy VonRecklinghausen Walker Wolff

United States Bankruptcy Court for the District of South Carolina

Case number (If known): 19-03618

☑ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Select Portfolio Services<br>Description of property securing debt: 1023 Plantation Court | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: Bank of America<br>Description of property securing debt: 652 4th Avenue North | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☑ Retain the property and [explain]: Retain - stay current | ☐ No<br>☑ Yes |
| Creditor's name: USAA, FSB, Home Equity Lending<br>Description of property securing debt: 212 N. Dogwood Drive | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: Bank of America<br>Description of property securing debt: 212 N. Dogwood Drive | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

AMENDED

| Debtor | Keith Andrew Wolff & Wendy VonRecklinghausen Walker Wolff | Case number (If known) 19-03618 |
|---|---|---|

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Auto Chlor | ☑ No ☐ Yes |
| Description of leased property: Dishwasher Lease for Business | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✘ /s/ Keith Andrew Wolff  
Signature of Debtor 1  
Date 08/08/2019  
MM / DD / YYYY

✘ /s/ Wendy VonRecklinghausen Walker W  
Signature of Debtor 2  
Date 08/08/2019  
MM / DD / YYYY

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 2

AMENDED

Debtor 1  Keith Andrew Wolff & Wendy VonRecklinghausen W
First Name  Middle Name  Last Name

Case number (if known) 19-03618

## Continuation Sheet for Official Form 108

**1) Creditors who have secured claims**

| | | | |
|---|---|---|---|
| JP Morgan Chase Bank, N.A. | 714 Myrtle Drive North | No exemptions | surrender |
| Northwest Mutual Whole Life | Northwest Mutual Whole Life (loan against, see Sch D) | Has exemptions | |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7

**Fill in this information to identify your case:**

Debtor 1: Keith Andrew Wolff
(First Name / Middle Name / Last Name)

Debtor 2: Wendy VonRecklinghausen Walker Wolff
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the District of South Carolina

Case number (if known): 19-03618

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Keith Andrew Wolff
Signature of Debtor 1

✗ /s/ Wendy VonRecklinghausen Walke
Signature of Debtor 2

Date 08/08/2019
MM / DD / YYYY

Date 08/08/2019
MM / DD / YYYY